**GORDON & SCHAAL, LLP**
**ATTORNEYS AT LAW**

1039 MONROE AVENUE
ROCHESTER, NEW YORK 14620

Telephone: (585)244-1070
Facsimile: (585)244-1085

September 7, 2011

Paul R. Warren, Clerk of Court
United States Bankruptcy Court, WDNY
1400 United States Courthouse
100 State Street
Rochester, New York 14614

Re: Carlos and Deborah Weigel/Case # 10-21585
Request to Deposit Unclaimed Funds into the United States Treasury

Dear Clerk of Court:

Enclosed please find my Trustee's check in the amount of $ 4.48. I request that the Clerk of Court deposit said funds, in the name of the creditors and in the amounts listed below, with the U.S. Treasury as "unclaimed funds."

_____ I have made a diligent effort to locate the claimant(s) for said funds and have been unable to locate the claimant(s), **or**

✓ The funds represent dividend payment(s) of less than $5.00 to the affected creditor and are required to be treated as unclaimed funds by Bankruptcy Rule 3010(a).

Claimant Pulmonary Associates    Amount $120.00    Claims Register # 9

Kenneth W. Gordon
Chapter 7 Trustee